UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>EILEEN DOLAN,<br><br>             Defendant. | No.  2:14-cv-2591 TLN GGH PS<br><br><br>ORDER |

This action was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21). It was removed from state court on November 5, 2014 by defendant, based on federal question jurisdiction. On November 21, 2014, this court recommended that the action be remanded to state court. (ECF No. 6.) On December 23, 2014, plaintiff[1] filed a motion to remand the action to state court. (ECF No. 8.) Because the matter has already been decided and is awaiting a dispositive order by the district court, plaintiff's motion will be denied as moot.

/////

/////

/////

---

[1] The motion was filed by plaintiff transferee Northern California Investments, LP, successor in interest for Deutsche Bank National Trust Company.

1

1  Accordingly, IT IS HEREBY ORDERED that: Plaintiff's motion to remand, filed
2  December 23, 2014, is denied as moot.
3  Dated: January 5, 2015
4               /s/ Gregory G. Hollows
5               UNITED STATES MAGISTRATE JUDGE

7  GGH:076/Deutsche2591.mtn